# MEMO ENDORSED



STATE OF NEW YORK

OFFICE OF THE ATTORNEY GENERAL

APR  4  2008

ANDREW M. CUOMO
Attorney General

LESLIE G. LEACH
Executive Deputy Attorney General
Division of State Counsel

JUNE DUFFY
Assistant Attorney General in Charge
Litigation Bureau



(212) 416-8922

April 3, 2008

Honorable Thomas P. Griesa
United States District Judge
United States Courthouse
Southern District of New York
500 Pearl Street, Rm. 1630
New York, New York 10007

APR  4  2008

Re: McCrory v. Martinez, et al. / 08 Civ. 0560 (TPG)

Dear Judge Griesa:

    The Office of the Attorney General of the State of New York represents defendant Corrections Officer G. Martinez in this matter. I write to request an extension of time by which defendant must move or answer with respect to the complaint from April 14, 2008 to and including May 30, 2008. This is Defendant's first request for an extension of time. Plaintiff, pro se, has not been contacted for his consent as he is presently incarcerated.

    Our office recently received a request for representation from defendant Corrections Officer Martinez pursuant to New York Public Officers Law § 17. A response on Corrections Officer Martinez' behalf is due on April 14, 2008. Defendant Corrections Officer M. Seobarran has not yet requested representation but joins in this request for an extension. In addition, upon information and belief, defendant Corrections Officer D. Williams has not yet been served with the summons and complaint and has not requested representation. If and when Corrections Officer Williams is served, he will join in this request for an extension.

*Approved, Thomas P. Griesa*
*4/10/08*
*USDJ*

120 Broadway, New York, N.Y. 10271-0332 • Phone (212) 416-8922 • Fax (212) 416-6009 • Not For Service of Papers
http://www.oag.state.ny.us

An extension of time is necessary, in the interest of efficiency, for the remaining defendants to be served and for the defendants to submit a joint motion or answer. In addition, the additional time will allow this office to obtain the necessary files and documents, investigate the facts, research applicable law and draft responsive papers.

Wherefore, it is respectfully requested that defendants' request for an extension to move or answer with respect to the complaint to and including May 30, 2008 be granted.

Respectfully submitted,

THOMAS M. BIESTY
Assistant Attorney General


cc:   Mr. George McCrory
      (Via first class mail)