# MEMO ENDORSED



STATE OF NEW YORK

OFFICE OF THE ATTORNEY GENERAL


AUG 26 2008

**ANDREW M. CUOMO**
Attorney General

**LESLIE G. LEACH**
Executive Deputy Attorney General
Division of State Counsel

**JUNE DUFFY**
Assistant Attorney General in Charge
Litigation Bureau

(212) 416-8922

August 22, 2008

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/29/08
```

Honorable Thomas P. Griesa
United States District Judge
United States Courthouse
Southern District of New York
500 Pearl Street, Rm. 1630
New York, New York 10007

Re: <u>McCrory v. Martinez, et al.</u> /08 Civ. 0560 (TPG) – *Pro Se*

Dear Judge Griesa:

    The Office of the Attorney General of the State of New York represents Corrections Officers G. Martinez and M. Seobarran (the "Defendants") in the above-referenced matter. On June 13, 2008, Defendants filed a motion to dismiss this action. On August 7, 2008, the undersigned received from Plaintiff an amended complaint. In recognition of Plaintiff's amended complaint, Defendants withdraw their pending motion to dismiss. In so doing, Defendants request an extension of time to respond to the amended complaint, from August 22, 2008 to and including September 19, 2008.

    This is Defendants first request for an extension of time. Plaintiff, <u>pro se</u>, has not been contacted for his consent as he is presently incarcerated. An extension of time is necessary to allow this Office to investigate the facts, research the applicable law and draft responsive papers.

    Wherefore, it is respectfully requested that Defendants' request for an extension to move or answer with respect to the amended complaint to and including September 19, 2008 be granted.

*Approved. Thomas P. Griesa*
*8/26/08                    USDJ*

120 Broadway, New York, N.Y. 10271-0332 • Phone (212) 416-8922 • Fax (212) 416-6000 • Not For Service of Papers
http://www.oag.state.ny.us

Respectfully submitted,

*Thomas M. Biesty*

Thomas M. Biesty
Assistant Attorney General

CC: George P. McCrory (via U.S. Mail)
      85 C 0371
      Sing Sing Correctional Facility
      354 Hunter Street
      Ossining, New York 10562