```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/29/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------x

GEORGE MCCRORY, :
: 
              Plaintiff, : 08 Civ. 0560 (TPG)
:
  - against - : **ORDER**
:
MARTINEZ, ET AL., :
:
             Defendants. :
:
-----------------------------------x

After requesting an extension of time to respond to defendants' motion to dismiss under Rule 12(b)(6), plaintiff filed an amended complaint. Defendants subsequently withdrew their motion to dismiss. Plaintiff's Request for Extension of Time to Oppose Rule 12(b) Motion is therefore denied as moot.

Dated: New York, New York
      August 28, 2008

SO ORDERED

*Thomas P. Griesa* (signature)

Thomas P. Griesa
U.S.D.J.